**Hector Moises CALLES–RODAS, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 06–73911.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2007.*

Filed Nov. 26, 2007.

Hector Moises Calles–Rodas, Pittsburg, CA, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, David V. Bernal, Attorney, Jesse Bless, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Hector Moises Calles–Rodas, a native and citizen of El Salvador, petitions pro se for review of the decision of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of his applications for special rule cancellation of removal under NACARA, asylum, withholding of removal, and protection under the Convention Against Torture.

Petitioner fails to argue any issues in his opening brief with this court. Because "[i]ssues raised in a brief that are not supported by argument are deemed abandoned," *Martinez–Serrano v. INS,* 94 F.3d 1256, 1259 (9th Cir.1996), petitioner has waived his challenge to the BIA's decision.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.